FREDERICK C. TORREY et al., respondents,

*v.*

SAMUEL BLAIR et al., appellants.

[Decided May 16th, 1932.]

*Mr. Samuel P. Hagerman,* for the respondents.

*Mr. Russell G. Conover,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming, and reported in *108 N. J. Eq. 82.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, KERNEY, JJ. 14.

*For reversal*—None.